```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 06872
    LATRELL DONTA HITE
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-6882


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/13/2006 and was confirmed 08/14/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was converted to chapter 7 after confirmation 07/27/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP   SECURED           7011.82        402.77       2616.55
CREDIT ACCEPTANCE CORP   UNSECURED       NOT FILED           .00           .00
ACS                      UNSECURED        22908.91           .00           .00
ACS/MEGA ZION 1ST NATION NOTICE ONLY     NOT FILED           .00           .00
AMERENIP                 UNSECURED          527.95           .00           .00
CITIBANK                 UNSECURED       NOT FILED           .00           .00
MEDIACOM                 UNSECURED       NOT FILED           .00           .00
MEDIACOM                 NOTICE ONLY     NOT FILED           .00           .00
MEDIACOM                 UNSECURED       NOT FILED           .00           .00
MEDIACOM                 NOTICE ONLY     NOT FILED           .00           .00
DISCOVER FINANCIAL SERVI UNSECURED         2107.55           .00           .00
RADIOLOGY IMAGING CONSUL UNSECURED       NOT FILED           .00           .00
RADIOLOGY IMAGING CONSUL NOTICE ONLY     NOT FILED           .00           .00
RADIOLOGY IMAGING CONSUL NOTICE ONLY     NOT FILED           .00           .00
ECMC                     UNSECURED        15744.50           .00           .00
NATIONAL CHECK BUREAU    UNSECURED         2321.29           .00           .00
MACMURRAY COLLEGE        UNSECURED         4633.29           .00           .00
MACMURRAY COLLEGE        NOTICE ONLY     NOT FILED           .00           .00
AT&T WIRELESS            UNSECURED         1097.85           .00           .00
BLATT HASENMILLER LEIBSK NOTICE ONLY     NOT FILED           .00           .00
ILLINOIS POWER           UNSECURED       NOT FILED           .00           .00
ILLINOIS POWER           NOTICE ONLY     NOT FILED           .00           .00
ILLINOIS POWER           NOTICE ONLY     NOT FILED           .00           .00
STATE COLLECTION SERVICE NOTICE ONLY     NOT FILED           .00           .00
T MOBILE                 UNSECURED          412.81           .00           .00
TMOBILE                  NOTICE ONLY     NOT FILED           .00           .00
T MOBILE                 NOTICE ONLY     NOT FILED           .00           .00
T MOBILE                 NOTICE ONLY     NOT FILED           .00           .00
CLASSIC                  UNSECURED       NOT FILED           .00           .00
SPRINT PCS               UNSECURED       NOT FILED           .00           .00
LEDFORD & WU             DEBTOR ATTY      3,000.00                      2,386.88
TOM VAUGHN               TRUSTEE                                          302.34

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 06 B 06872 LATRELL DONTA HITE
```

```
DEBTOR REFUND           REFUND                                          311.79

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  6,020.33

PRIORITY                                              .00
SECURED                                          2,616.55
    INTEREST                                       402.77
UNSECURED                                             .00
ADMINISTRATIVE                                   2,386.88
TRUSTEE COMPENSATION                               302.34
DEBTOR REFUND                                      311.79
                        ---------------      ---------------
TOTALS                   6,020.33                6,020.33
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
     Dated: 10/16/07                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE